Ali S. Razai (SBN 246922)
Brandon G. Smith (SBN 307676)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendants
Luxottica Group S.p.A, Luxottica
U.S. Holdings Corp. and Luxottica of America, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| E-VISION OPTICS, LLC and EVISION SMART OPTICS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>LUXOTTICA GROUP S.P.A., LUXOTTICA U.S. HOLDINGS CORP., and LUXOTTICA OF AMERICA, INC.<br><br>Defendants. | Civil No. 8:23-cv-02013-AB-(RAOx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: March 1, 2024<br>Time: 10:00 a.m.<br>Court Room: 7B<br>Judge: Hon. André Birotte Jr. |

**PLEASE TAKE NOTICE THAT** on March 1, 2024 at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable André Birotte Jr., Courtroom 7B of the United States District Court for the Central District of California, located at 7th Floor, Los Angeles, CA 90012. Defendants Luxottica Group S.p.A, Luxottica U.S. Holdings Corp., and Luxottica of America, Inc. ("Defendants") will and hereby does move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the above-titled action for failure to state a claim upon which relief can be granted,

The parties conducted a Local Rule 7-3 conference of counsel on January 12, 2024. The parties discussed in detail the basis for the intended motion to dismiss the complaint, including sufficiency of the allegations. The parties could not agree.

This motion is based upon this Notice of Motion and the Memorandum of Points and Authorities, Declaration of Scott Smith, and Declaration of Brandon G. Smith filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. A proposed order is also being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 22, 2024     By: */s/ Ali S. Razai*
                                Ali S. Razai
                                Brandon G. Smith