Ali S. Razai (SBN 246922)
ali.razai@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Justin J. Gillett (SBN 298150)
justin.gillett@knobbe.com
Brandon G. Smith (SBN 307676)
brandon.smith@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Defendants
LUXOTTICA GROUP S.P.A. and
LUXOTTICA OF AMERICA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-VISION OPTICS, LLC, and E-VISION SMART OPTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUXOTTICA GROUP S.P.A. and LUXOTTICA OF AMERICA INC., <br><br> Defendants. | Case No. 8:23-cv-02013 AB (SHKx) <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLAIMS OF WILLFUL, INDIRECT, AND DIVIDED INFRINGEMENT** <br><br> HEARING: <br> May 10, 2024 <br> 10:00 a.m. <br> Courtroom 7B <br><br> Honorable André Birotte Jr. |

| | |
|---|---|
| 1 | |
| 2 | PLEASE TAKE NOTICE that Defendants Luxottica Group S.p.A. and Luxottica of America Inc. hereby move to dismiss with prejudice Plaintiffs' claims for willful, indirect, and divided infringement. Subject to the Court's availability, the motion will be heard on Friday, May 10, 2024, at 10:00 a.m., in Courtroom 7B, before the Honorable André Birotte Jr. |

PLEASE TAKE NOTICE that Defendants Luxottica Group S.p.A. and Luxottica of America Inc. hereby move to dismiss with prejudice Plaintiffs' claims for willful, indirect, and divided infringement. Subject to the Court's availability, the motion will be heard on Friday, May 10, 2024, at 10:00 a.m., in Courtroom 7B, before the Honorable André Birotte Jr.

Defendants conferred with Plaintiffs regarding this motion on April 3, 2024, but the parties were unable to reach agreement.

Defendants base the motion on this notice; the concurrently filed opening brief; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. Defendants are also lodging a proposed order for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

April 12, 2024

/s/ *Mark Lezama*
Ali S. Razai
Mark Lezama
Justin J. Gillett
Brandon G. Smith

Attorneys for Defendants
LUXOTTICA GROUP S.P.A. and
LUXOTTICA OF AMERICA INC.