UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-VISION OPTICS, LLC, and E VISION SMART OPTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUXOTTICA GROUP S.P.A., and LUXOTTICA OF AMERICA INC.,<br><br>Defendants. | Case No. 8:23-cv-02013 AB (SHKx)<br><br>**ORDER DENYING DEFENDANTS' EX PARTE APPLICATION** |

The Court **DENIES** Defendants' *Ex Parte* Application for Expedited Briefing on Their Proposed Motion to Modify Scheduling Order. It appears that Plaintiffs now largely agree to the schedule modifications that Defendants seek, except perhaps for the trial date. Should the trial date be extended, the Court strongly prefers it to be completed by September 19, 2025. Also, the Court will endeavor to issue a Markman order sooner than December 6, 2024, as that date was selected to accommodate the related case *e-Vision v. Seiko*, CV23-1858, which has since settled.

The Court **ORDERS** the parties to meet and confer on dates and file a Stipulation and Proposed Order **within 5 days of the Court's claim construction order**, to the extent they can agree upon dates – which the Court expects them to largely accomplish.

**IT IS SO ORDERED.**

Dated: October 18, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1