**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E-VISION OPTICS, LLC, and E-VISION SMART OPTICS, INC., Plaintiffs, vs. LUXOTTICA GROUP S.P.A. and LUXOTTICA OF AMERICA INC., Defendants. | Case No. 8:23-cv-02013-AB-ACCV<br>**[~~PROPOSED~~] FINAL JUDGMENT**<br>Honorable Andre Birotte Jr.<br>Honorable Shashi H. Kewalramani |

The Court hereby enters **FINAL JUDGMENT** in favor of Defendants Luxottica Group S.p.A. and Luxottica of America Inc. ("Defendants") and against Plaintiffs e-Vision Optics, LLC and e-Vision Smart Optics, Inc. ("Plaintiffs") on each cause of action asserted in Plaintiffs' First Amended Complaint (Dkt. 49).

Defendants' Counterclaims set forth in Docket Number 68 are dismissed without prejudice.

All motions and other requests for relief not otherwise ruled upon are **denied as moot**.

**IT IS SO ORDERED.**

Dated: August 17, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE